OPINION — AG -** WAR VETERANS — EMPLOY — FUNDS ** QUESTION: DO FUNDS OF THE WAR VETERANS COMMISSION HAVE TO BE EARMARKED BEFORE THEY CAN BE USED FOR SAID DESIGNATED PURPOSE ? — ONE CANNOT DO INDIRECTLY THAT WHICH HE CANNOT DO DIRECTLY, THE AG IS OF THE OPINION THAT A LAW APPROPRIATING PUBLIC FUNDS WOULD BE INVALID UNDER THE PROVISIONS OF ARTICLE X, SECTION 14, ARTICLE X, SECTION 19 (EMPLOYMENT OF PERSONNEL) CITE: 72 O.S. 63.1 [72-63.1] (FRED HANSEN)